**James G. DAVIS, Petitioner-Appellant,**

v.

**STATE OF ALABAMA,
Respondent-Appellee.**

**No. 78–1165.**

United States Court of Appeals,
Fifth Circuit.

Aug. 7, 1980.

B. Don Hale, Cullman, Ala. (court-appointed), for petitioner-appellant.

William J. Baxley, Atty. Gen., Carol Jean Smith, Asst. Atty. Gen., Montgomery, Ala., for respondent-appellee.

ON REMAND FROM THE SUPREME
COURT OF THE UNITED STATES

Before SKELTON, Senior Judge *, and GOLDBERG and FAY, Circuit Judges.

PER CURIAM:

In accordance with the mandate directed to this court by the United States Supreme Court, —— U.S. ——, 100 S.Ct. 1827, 64 L.Ed.2d 256, it is hereby ORDERED That the judgment of this court, 596 F.2d 1214, is vacated; and That this case is remanded to

_____
* Senior Judge of United States Court of Claims, sitting by designation.

the United States District Court for the Northern District of Alabama; and That that court shall vacate its order denying the petition for a writ of habeas corpus. *See United States v. Munsingwear*, 340 U.S. 36, 71 S.Ct. 104, 95 L.Ed. 36 (1950).